**FILED**
March 13, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS FLORES AVALOS,<br><br>　　　　　Defendant. | Case No.  2:23-mj-00029-DB-4<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CARLOS FLORES AVALOS</u> Case No. <u>2:23-mj-00029-DB-4</u> Charges <u>21 USC § 841(a)(1), 846</u> from custody for the following reasons:

　　　_____　Release on Personal Recognizance

　　　_____　Bail Posted in the Sum of $ _____

　　　__X__　Unsecured Appearance Bond $  150,000

　　　_____　Appearance Bond with 10% Deposit

　　　_____　Appearance Bond with Surety

　　　_____　Corporate Surety Bail Bond

　　　_____　(Other): <u>All conditions as detailed in Court proceedings</u>

Issued at Sacramento, California at 3:43pm

Dated:  March 13, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE