**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: mike.long.law@msn.com

Attorney for Defendant
J CARLOS FLORES AVALOS

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS FLORES AVALOS,<br><br>    Defendant. | Case No.:   2:23-cr-00073-DJC-4<br><br>**ORDER TO FILE UNDER SEAL THE DEFENSE SUPPLEMENTAL BRIEF** |

Good cause appearing, **IT IS HEREBY ORDERED** that the defense supplemental brief shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  December 4, 2024          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE