MICHELE BECKWITH
Acting United States Attorney
CAILY NELSON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00073 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING VACATING JUDGMENT AND SENTENCING AND SETTING OF STATUS CONFERENCE REGARDING SENTENCING; ORDER |
| v. | |
| CARLOS FLORES AVALOS, | DATE: July 3, 2025, |
| Defendant. | TIME: None |
| | COURT: Daniel J. Calabretta |

**STIPULATION**

The United States of America, by and through Special Assistant United States Attorney Caily Nelson, together with Michael Long, counsel for defendant Carlos Flores Avalos, hereby stipulate as follows:

1. On December 19, 2024, the parties appeared before the court. On that date, the defendant entered a guilty plea to Count 1 as alleged in the Indictment. This matter was set for judgment and sentencing on July 3, 2025.

2. The parties received notification that the Court is unavailable on July 3, 2025. By

///

///

///

stipulation, the parties agree to vacate the current judgment and sentencing date and reset the matter for a status conference regarding judgment and sentencing on September 25, 2025.

IT IS SO STIPULATED.

Dated: May 16, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ CAILY NELSON
CAILY NELSON
Special Assistant United States Attorney

Dated: May 16, 2025

/s/ MICHAEL LONG
MICHAEL LONG
Counsel for Defendant
CARLOS FLORES AVALOS

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of May, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE