MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CARLOS FLORES AVALOS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, | ) No. 2:23-73 DJC |
| v. | ) STIPULATION AND ORDER FOR A NEW STATUS HEARING ON JANUARY 21, 2026, AT WHICH TIME WE WILL SET A SENTENCING DATE |
| CARLOS FLORES AVALOS, Defendant. | ) Judge: Hon. Daniel J. Calabretta |

The United States of America, by and through Special Assistant United States Attorney Caily Nelson, together with Michael Long, counsel for defendant Carlos Flores Avalos, hereby stipulate as follows:

1. On December 19, 2024, the parties appeared before the Court. On that date, the defendant entered a guilty plea to Count 1 as alleged in the Indictment. This matter was set for judgment and sentencing on July 3, 2025.
2. By stipulation and order, the July 3, 2025, sentencing date was vacated and re-set as a status hearing on September 25, 2025, at which time the parties were to set a sentencing date.
3. The defense still has much work and investigation to do to prepare for the sentencing hearing. The parties hereby stipulate that the Court set a further status hearing for January 29, 2026, at 9:00 a.m., at which time the parties will set a date for the sentencing hearing.

///

Dated: September 18, 2025

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Carlos Flores Avalos

Dated: September 18, 2025

ERIC GRANT
United States Attorney

/s/ Caily Nelson
CAILY NELSON
Assistant U.S. Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that Mr. Flores Avalos's status hearing will be continued from September 25, 2025, to January 21, 2026, at 9:00 a.m.

Dated: September 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE