MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CARLOS FLORES AVALOS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. 2:23-cr-00073-DJC-4
    Plaintiff,  )
        ) STIPULATION AND ORDER
v.  ) FOR A NEW STATUS HEARING
        ) ON MAY 28, 2026, AT WHICH TIME
CARLOS FLORES AVALOS,  ) WE WILL SET A SENTENCING DATE
        )
    Defendant.  ) Judge: Hon. Daniel J. Calabretta
===============================)

    The United States of America, by and through Special Assistant United States Attorney Caily Nelson, together with Michael Long, counsel for defendant Carlos Flores Avalos, hereby stipulate as follows:

  1. On December 19, 2024, the parties appeared before the Court. On that date, the defendant entered a guilty plea to Count 1 as alleged in the Indictment. This matter was set for judgment and sentencing on July 3, 2025.

  2. By stipulation and order, the July 3, 2025, sentencing date was vacated and re-set as a status hearing on September 25, 2025, at which time the parties were to set a sentencing date.

  3. By stipulation and order, the September 25, 2025, sentencing date was vacated and re-set as a status hearing on January 29, 2026, at which time the parties were to set a sentencing date.

  4. The defense still has much work and investigation to do to prepare for the sentencing hearing. The parties hereby stipulate that the Court vacate the status hearing presently set for January

-1-

29, 2026, and re-set a further status hearing for May 28, 2026, at which time the parties will set a date for the sentencing hearing.

Dated:  January 21, 2026                                    Respectfully submitted,

                                                                      /s/ Michael D. Long
                                                                      MICHAEL D. LONG
                                                                      Attorney for Carlos Flores Avalos


Dated:  January 21, 2026                                    ERIC GRANT
                                                                      United States Attorney

                                                                      /s/ Caily Nelson
                                                                      CAILY NELSON
                                                                      Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Flores Avalos's status hearing will be continued from January 29, 2026, to May 28, 2026, at 9:00 a.m.

Dated:  January 21, 2026                        /s/ Daniel J. Calabretta

                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE