MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CARLOS FLORES AVALOS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:23-00073-DJC-4 |
| Plaintiff, | ) |
| | ) STIPULATION AND FOR A NEW STATUS |
| v. | ) HEARING ON SEPTEMBER 24, 2026, AT |
| | ) WHICH TIME WE WILL SET A SENTENCING |
| CARLOS FLORES AVALOS, | ) DATE |
| | ) |
| Defendant. | ) Judge: Hon. Daniel J. Calabretta |
| ===============================) | |

The United States of America, by and through Special Assistant United States Attorney Caily Nelson, together with Michael Long, counsel for defendant Carlos Flores Avalos, hereby stipulate as follows:

1. On December 19, 2024, the parties appeared before the Court. On that date, the defendant entered a guilty plea to Count 1 as alleged in the Indictment. This matter was set for judgment and sentencing on July 3, 2025.

2. By stipulation and order, the July 3, 2025, sentencing date was vacated and re-set as a status hearing on September 25, 2025.

3. By stipulation and order, the September 25, 2025, sentencing date was vacated and re-set as a status hearing on January 29, 2026.

4. By stipulation and order, the January 29, 2026, sentencing date was vacated and re-set as a status hearing on May 28, 2026, at which time the parties were to set a sentencing date.

-1-

5. The defense still has much work and investigation to do to prepare for the sentencing hearing. The parties hereby stipulate that the Court vacate the status hearing presently set for May 28, 2026, and re-set a further status hearing for September 24, 2026, at which time the parties will set a date for the sentencing hearing.

Dated:  May 14, 2026                                        Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Carlos Flores Avalos

Dated:  May 14, 2026                                        ERIC GRANT
United States Attorney

/s/ Caily Nelson
CAILY NELSON
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Flores Avalos's status hearing will be continued from May 28, 2026, to September 24, 2026.

Dated:  May 14, 2026                    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE